**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 495 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROLAND BROWN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 496 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROLAND BROWN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 497 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ROLAND BROWN, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 498 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 499 EAL 2021

        Respondent

               v.

Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 500 EAL 2021

        Respondent

               v.

Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,  :  No. 501 EAL 2021

        Respondent

               v.

Petition for Allowance of Appeal
from the Order of the Superior Court

ROLAND BROWN,

        Petitioner

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.